UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case NO. <u>09-60166-CR-COOKE/BANDSTRA</u>

**UNITED STATES OF AMERICA,**
   **Plaintiff**
**vs.**

**STEVEN MICHAEL RUBINSTEIN**
   **Defendant**
_____/

<u>**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**</u>

    Steven Michael Rubinstein, the Defendant, by and through his undersigned Attorney, respectfully submits this Memorandum to assist this Honorable Court in the exercise of Its discretion when It imposes sentence upon him pursuant to 18 U.S.C.§3553(a) for the felony conviction of making a false statement on a tax return under 26 U.S.C.§7206(1).

    The United States will be recommending a sentence of twelve months. (The lower end of the Guideline range reduced by one third for substantial assistance.) The Defendant has no objection to a sentence of twelve months but respectfully requests that this Honorable Court view the twelve months as being twelve months in Zone B of the Sentencing Table instead of Zone D of the Sentencing Table and, by doing so, sentence the Defendant to twelve months of home detention within a two year period of probation. Such a sentence fulfills the purposes set forth in 18 U.S.C. §3553(a)(2). It is a sentence that is "sufficient, but not greater than necessary". It is "sufficient, but not greater than necessary", and fulfills the purposes of 18 U.S.C. §3553(a)(2) for the following reasons:

1. The Defendant was not, is not, and will not be a threat to society. He has no prior criminal history and, as the Court can see by the letters attached hereto as Composite

Case NO. 09-60166-CR-COOKE/BANDSTRA

Exhibit A, other than the conduct which underlies the offense of conviction, the conduct and character of the Defendant have always been exemplary.

2. The Defendant's acceptance of responsibility and his continuing cooperation with the Government show that he is remorseful and that, to the extent that he needed rehabilitation, he has been rehabilitated.

3. The Defendant will be continuing to provide assistance to the Government in the future. Serving twelve months in home detention instead of a Federal Bureau of Prisons ("BOP") facility will allow him to have continuous access to computers and files containing documents and data some of which are part of the assistance already provided to the Government and all of which may be necessary for him to review and prepare for additional assistance to the Government in the future.

4. Having the Defendant in home detention would produce a substantial savings to the Government. The cost of imprisonment would not be incurred. The cost of the use of a vehicle and Government personnel to transport the Defendant from and to a BOP facility every time he is needed for debriefing, a Court appearance, etc. would be saved because in home detention the Defendant would be allowed to drive himself to and from any meeting with the Government or Court appearance.

5. The Defendant is the loving, attentive, involved father of M (age eight), D (age six) and A (age three). M, D and A were at home during the Defendant's arrest on April 2, 2009. The Defendant and undersigned counsel understand and respect the need for Federal Agents to protect themselves while implementing an arrest and again thank Special Agent Scott Johnson for the concern and sensitivity shown regarding the children at the time of the arrest. However, the children were present and unfortunately were psychologically impacted – particularly the youngest child, A. See the letter from Mrs. Rubinstein which constitutes part of Composite Exhibit A. While M, D and A have made progress in recovering from witnessing their father's arrest, it is believed that removal of the Defendant from the home could cause a significant set back in their recovery. See the letter from Psychotherapist Sheri Mantzoor attached hereto as Exhibit B. It is respectfully submitted that the continuing mental health of three young children

    outweighs the need to view the twelve month sentence in Zone D as opposed to viewing it in Zone B of the Sentencing Table.

6. The Defendant, after being held in the Broward County Jail from April 2, 2009 until April 8, 2009, has been subject to a curfew and electronic monitoring. His bond conditions, although somewhat modified since they were implemented, have been similar to the conditions required by home detention. While case law does not seem to permit the Court to use any of the days, except the days in the Broward County Jail, as credit for time served, it is respectfully suggested to the Court that it is appropriate for It to consider the days when the Defendant was subject to a curfew and electronic monitoring in determining whether the equities of the situation support the Defendant's request to view the twelve months within Zone B instead of Zone D of the Sentencing Table and sentence the Defendant to twelve months of home detention within two years of probation.

7. In addition to the sentence requested, or as part of his sentence, the Defendant is prepared, if the Court and the Government desire same, to make himself available to the local IRS Media Relations Specialist and to the local IRS National Public Liaison Specialist for the purpose of helping the IRS to disseminate information about the importance of tax compliance. The Defendant has a pleasant appearance and is an articulate speaker who could be helpful to such an educational effort.

Wherefore, based on the foregoing, the Defendant respectfully requests that this Honorable Court sentence him to a twelve month term of home detention within a two year term of probation.

Case NO. 09-60166-CR-COOKE/BANDSTRA

                                                Respectfully submitted,

Date: October 22, 2009                s/Robert E. Panoff
                                            Robert E. Panoff (Florida Bar Number: 230898)
                                            Email address: bobpantax@aol.com
                                            Robert E. Panoff, P.A.
                                            Suite 106, 9400 So. Dadeland Blvd.
                                            Miami, Florida  33156
                                            Telephone: (305) 670-6547
                                            Facsimile:   (305) 670-6548
                                            Attorney for Defendant Steven Michael Rubinstein

Case NO. 09-60166-CR-COOKE/BANDSTRA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Memorandum in Aid of Sentencing was electronically filed by CM/EFC this 22nd day of October 2009.

    Respectfully Submitted,

    s/Robert E. Panoff
    Robert E. Panoff Florida Bar Number 230898)
    Email address: bobpantax@aol.com
    Robert E. Panoff, P.A.
    Suite 106, 9400 So. Dadeland Blvd.
    Miami, Florida 33156
    Telephone : (305) 670-6547
    Facsimile:   (305) 670-6548
    Attorney for Defendant Steven Michael Rubinstein

Composite Exhibit A

- Letter from Pamela Rubinstein-Wife
- Letter from Neville Ralph Rubinstein-Brother
- Letter from Cynthia Cohen-Sister
- Letter from Philip Orolowitz--Friend
- Letter from Rosaline Maureen Rubinstein-Sister in law
- Letter from Barry Marc Rubinstein-Nephew
- Letter from Marshal Rubinstein-Nephew
- Letter from Ellen Waxelbaum-Sister in law
- Letter from Barry and Suzanne Rosa (Brother in law and Sister in law)
- Letter from Zahdile Ethel Nabe-Former employee
- Letter from Michael H. Bellomo-Friend
- Letter from Cantor I. Lichterman-
- Letter from Stewart Cohen-Brother in law
- Letter from Keith Getz-Friend
- Trevor Cohen-Nephew
- Joan Rosa-Ex-Sister in law

September 9, 2009

The Honorable Marcia G. Cooke
Federal District Court Judge
Wilkie D. Ferguson Jr. Courthouse
400 N. Miami Avenue, Room 11-2
Miami, Florida 33128

Your Honor,

I am writing this letter to you on behalf of my husband Steven, my family, my life. Growing up I was very fortunate to be part of a warm, loving, close knit family. My parents stressed the importance of love, happiness and education.

In early spring of 1998 I was encouraged by friends to meet "the perfect gentleman." After numerous conversations on the phone Steven and I finally had our first date. It was love at first sight. I was taken by his accent, his devotion to his family and his love for this country. I began to make time in my hectic hospital schedule to pursue a relationship with Steven. He represented all the qualities in a man that I had always hoped to find.

On a vacation in February 1999 my life changed when Steven asked me to marry him. This was truly a day to remember. I couldn't wait to share the great news with family and friends so much so that I just wanted to get home and start planning our wedding...our future.

Sunday, October 24,1999 (my maternal grandparent's anniversary) was the day we were married. It was a "perfect" day. The sun was shining, our families and friends from near and far were present to help us celebrate this joyous occasion. This was a day to remember...one that every girl dreams of. Unfortunately, we did not have the opportunity to go on a honeymoon because it was back to work for us. I was a bit disappointed but I figured I have a lifetime to spend with the man I love.

The next item on our busy agenda was to begin a family. On January 7,1999 while at work I was ecstatic to find out I was pregnant. I could not wait to tell my family, friends and most importantly Steven. Things were progressing normally and then towards the end my first trimester I began experiencing complications and was put on bed rest for about 6 months. I was devastated. It was very difficult because all I wanted to do was show my growing bump to everyone. Steven was so fantastic through this very stressful time. Between frequent visits to the doctors he would push me around in a wheel chair just so I could get out of the house and as he put it" show everyone how beautiful I was."

Just days after September 11, 2001 I went into early labor. Thankfully about 2 weeks early a healthy baby girl (M) was born. Daddy's little girl. This was the happiest day ever. Our dream finally came true.

On March 2, 2002, Steven, M and I went to his naturalization ceremony. This was a major achievement for Steven. He would frequently tell me about trips he would take with his father to "America" and the desire to one day call this his home. He loves this country so and is so proud to

Page Two

display the American flag they presented to him at the ceremony which by the way he still has in his office desk drawer.

In 2003, our son D was born. It was a little difficult at first having two children so close in age but Steve was there day or night with a smile on his face ready to help in any way possible. Our joy was spending the time entertaining family and friends which gave us the opportunity to show off our lovely family.

In 2005 I became pregnant with our third child. Once again, I was put on bed rest for 5 months. This time it was even more challenging because in addition to taking care of me we had two small children to look after. Thankfully, in 2006 A was born happy and healthy. I felt so blessed and so lucky to have a wonderful, honest, faithful husband and three healthy children.

Steven and I both grew up in loving families however in different parts of the world. I was born in Brooklyn, New York and grew up in Florida. My parents were married for 57 years and my siblings and I were brought up to love one another which to this day we still remain very close. Steven on the other hand was born and raised in Cape Town, South Africa and was very young when his parents divorced. Steven is very close with his family and they speak quite often. Being born in the USA I believe at times I took things for granted. America is the land of freedom and opportunity for all. In our judicial system people are treated fairly. I was astonished when I heard how individuals were treated in other countries. This is one more conformation why we are proud to be Americans."

Over the years, Steven and I have devoted everything to our children. To quote my father, he used to say "what you put into your children you will get out." My father (a WWII veteran) was very wise man who told us to always try your hardest because family is everything!! Steven always finds time to do Hebrew homework daily with the kids and read them each a book. The best part of the night for the children is when Steven tucks them in their beds, gives them a big kiss and tells them good night my angel. This totally warms my heart and brings tears to my eyes.

During the last few years I have personally experienced two emotional traumas. In September 2006, I lost my father to an aortic aneurysm and in January 2009 I lost my mother to cancer. During this extremely difficult time Steven has been a rock for me. He has been loving, compassionate, supportive and sensitive to the grieving process that I am still experiencing with the loss of my parents.

On April 2, 2009, my family and I experienced yet another emotional trauma. It was just before 7:00am as I was busy getting my children ready for school when there was a call from our gate that the IRS/CID and police officers needed entry into our house. I was shocked, confused and scared all at once when I opened the door. Agents quickly entered the house asking "Where is Steven Rubinstein?" The children were present for this and quickly became very upset and scared themselves. Agent Scott Johnson was very compassionate and allowed me to get my two older children out of the house first and then moments later my youngest son before proceeding any further. Once the children were out of the house, I was told by other agents what was going on as the agents proceeded upstairs to wake my husband. Moments later the agents accompanied Steven down the stairs and proceeded to take him to the Federal District Courthouse in Fort Lauderdale.

Page Three

Unfortunately, the children happened to be present during the initial period of the arrest. They have since been experiencing nightmares and fears that people are going to take them away from Steven and I. I have been seeing a therapist to assist me with the children and the stress that the situation has caused. In addition, the therapist is teaching me how to cope with and handle the children properly during such nightmares and when these fears arise. My therapist has advised that the children, despite our best efforts, will likely need therapy in the future and any absence of Steven from our home would have traumatic consequences, which has heightened my concern. Our children are comforted knowing Steven is downstairs working in the office and therefore always protecting the house.

Your Honor, I thank you for taking the time to read just a small glimpse into my family...my life. I know that you have been presented with a lot of information about Steven. However, I would just like to say one last thing. Steven, my husband, the father of my children and the love of my life is a man who is truly loving, honest and sincere. He would never do anything intentional to harm anyone. Steven is the man that keeps our family grounded. He is the man that I hope to be sharing each and every day of my life with in sickness and in health. I ask you to please be lenient in your sentencing and keep our family together because this is the man I chose to stand behind and this is a man that constantly says "I am proud to be an American."

Thank you.

Kind regards,

*Pamela Rubin* (signature)

Pamela Rubinstein