7 Flaumont Avenue

Riverview NSW 2066

Australia

21 September 2009

The Honourable Marcia G. Cooke

Federal District Court Judge

Wilkie D. Ferguson Jr. Court House

400 N. Maimi Avenue

Room 11-2

Miami, FL 33128

Your Honour,

My name is Neville Ralph Rubinstein. I am the brother of Steven Michael Rubinstein and live in Sydney Australia.  In 1992 I was appointed as a Justice of the Peace for the State of New South Wales, a position which I presently still hold. I am a Certified Practising Accountant and a Liquidator empowered in terms of the Australian Federal Corporations Act to be appointed to insolvent companies.  In a voluntary capacity I serve on the Board of a large not- for- profit aged care organization caring for over 700 aged and often financially disadvantaged residents.

I am aware that my brother Steven has pleaded guilty to a tax violation and is to be sentenced by you. I wish to make representations in favour of my brother with whom I share an incredibly strong bond.

Steven is twelve years my junior and I think it must be quite unusual for siblings with such an age gap to be as close as we are. One of the reasons for this bond is that our parents divorced when Steven was just three years old. Steven was unfortunately at this tender age used as a pawn in the divorce proceedings. To say that the divorce was acrimonious is an understatement. The divorce involved not only our parents, Steven, our sister and myself but extended to our grandparents, our extended family and to the entire close knit community that we lived in.

It was a deep, hurtful and highly emotive divorce that affected Steven, my sister and me severely. Unfortunately in those days there was no such thing as counselling as there is today and we were left to our own devices to deal with the affects. Our sister chose to live with our mother and Steven and I elected to live with our father. Steven made regular visits to be with our mother.

Your honour you can only just imagine the affect all this had on us. For many years, my sister did not speak to my late father nor I and I did not speak to my late mother, though Seven was able to remain very close to both parents, my sister and myself. The bond forged between Steven and myself in those early formative years is as I said very strong. Our whole world fell apart when our parents divorced. Steven was used as a weapon, each parent trying to pull him in their direction. It even went as far as kidnapping. Steven even at this young age went into protection mode. He was ever fearful that something would befall either of my parents, my sister or me. I don't think one can ever really fully put events of this nature away for good. We had to endure the fights, the shouting and screaming, the intense arguments, the insults hurled at each other, the gossip, the break-down of our whole family and the heartache, anger and resentment. One just does the best one can and our journey has not been an easy one. My main concern became the welfare and wellbeing of Steven. He was so adversely affected that it was at times almost impossible for him to attend school.  When Steven was nine years old I moved out of our house, but nevertheless maintained close contact with Steven. Shortly after I moved out our father remarried to someone much younger than himself. She was a controlling, moody, troubled and difficult person who made Steven's life at home a misery.

Steven, however despite all odds put his head down, worked hard and obtained a university education and a profession to become highly regarded in the circle within which he moved.

From this overview I hope you have a window into Stevens's formative years.

I am immensely proud of Steven and his achievements, of his lovely family and his pride at being a US citizen. With the background he faced in his youth it never ceases to amaze me, that through pure strength of character, Steven grew into a solid dependable, incredibly well liked and respected adult.

Over the years Steven has lived with me and my family and we have lived with him. Steven really has a most admirable character. He treats every person he meets with great respect. He displays a terrific sense of calm, loyalty and devotion to his family and friends and compassion for all worthwhile causes. In his business dealings Steven always seeks counsel and professional advice and would never knowingly commit a felony. The situation he now finds himself in is a complete surprise to me and is completely out of character for Steven. I know he is very remorseful that his actions have led him to the situation now before you in the land he so loves.

I ask you please to take the above into account during your deliberations and have every compassion for my brother.

Yours sincerely

Neville Ralph Rubinstein

903 Mouille Sands
40 Bay Rd
Mouille Point
Cape Town
South Africa
14 September 2009

The Honorable Marcia G. Cooke
Federal District Court Judge
Wilkie D. Ferguson Jr. Courthouse
400 N. Miami Avenue
Room 11-2
Miami, FL 33128
40 Bay Rd

Re: Steven Rubinstein

Steven comes from a highly reputable and respected family in South Africa. Our grandfather was one of the leading industrialists in Cape Town. Amongst his many achievements was the establishment of the major bus service in Cape Town, known then as City Tramways, which was a great accomplishment considering that he had arrived in South Africa in 1924 as a refugee from Russia, penniless and unable to speak the local languages. No member of our extended family has ever been involved in any illegal activity.

I can only describe my brother, Steven, as an extremely kind, gentle, sensitive and generous person who always puts others before himself. As a brother it is impossible to fault him. Although we live on different continents, he phones regularly, always checking to make sure I am fine and that all is well and never forgetting a birthday.

Steven has been extremely kind, generous and interested with regard to my children, always inviting them to stay and going to extremes to make them welcome and comfortable, making sure that they are enjoying themselves and most importantly spending quality time with them. He has also made a special effort to attend all their graduation ceremonies and weddings overseas.

As a son his behaviour has been impeccable. He sent my mother and stepfather air-tickets to come to the USA on numerous occasions and accompanied them on many holidays at his expense even when they were ageing. He visited them in South Africa regularly and always arrived laden with thoughtful gifts for both of them.

Steven is an exemplary father and husband who adores his wife and three children whom he treats with great respect, love and gentleness. Having children relatively late in life has been the source of great joy to Steven and together they make a wonderful close knit family. The children are all extremely fond of and attached to Steven and have been devastated by the extraordinary set of circumstances and the unfortunate predicament Steven has found himself in. Being so kind and gentle Steven also has a special rapport with animals.

Steven has always been highly respected by his staff who were extremely loyal to him. On leaving South Africa he made sure that his secretary who had worked for him for many years had alternative employment. He also has a childhood friend, who is handicapped by a very serious speech impediment, whom he employed and for whom he found alternative employment on his departure from SA. He also went to great lengths to ensure that his housekeeper, Ethel, who had worked for him for over a decade, found alternative employment and received a generous retrenchment package.

I would greatly appreciate it if you would take the above into account when considering Stevens situation.

Yours sincerely

*C Cohen.*

Cynthia Cohen,  TLD Music (U.C.T), B.Mus (Unisa)

(Sister to Steven)

903 Mouille Sands

40 Bay Rd

The Honorable Marcia G. Cooke
Federal District Court Judge
Wilkie D. Ferguson Jr. Courthouse
400 N. Miami Avenue
Room 11-2
Miami, FL 33128
United States of America

Philip Orolowitz
4 Dante Close
Pekalmy
Bergvliet,7945
Cape Town

15 September, 2009

To whom it may concern,

My name is Philip Orolowitz. I was born in South Africa on 30 August 1953.

I have known Steven Michael Rubinstein since 1972 when we both enrolled at the University of Cape Town to do a Bachelor of Commerce degree and we have remained friends ever since.

In the time I have known Steven it became clear that he admired free societies and the democratic principles applied in the United States of America. After having been to the United States of America on numerous occasions he indicated his love for the country and the way of life there so it was inevitable that he would go and live in America.

Steven has always treated me and everyone he knows with the utmost respect, kindness, and courtesy at all times. He is a very generous person who has opened his heart and his wallet to those less fortunate than himself and has gone out of his way to assist others where possible. While he lived in South Africa he was an upright and highly respected member of the community.

On a personal basis I was employed at a company where, because of my bad stutter, I was not given scope to advance within the company. I was paid poorly but because of my lack of self confidence I was not motivated to seek alternative employment. Not only did he encourage me to strive for better, believe in myself, but he was able to assist me in locating a new position. At the end of this month I will be 20 years in that position. I am a different person and despite my stutter am far more confident. I was able to find a wife and have two lovely children and am financially sound. Steven in fact read my wedding speech on my behalf. I will forever be indebted to Steven for he has truly changed my life.

Despite the distance between us, we have kept in contact. I attended Steven's wedding to his wife, Pamela, and have got to know her and their children during their visits to South Africa and my visits to the United States of America. Steve is a devoted family man with high moral values.

I trust that you will be able to treat Steven in the same manner as he treats his fellow human beings and to be as lenient as possible.

Yours sincerely.

Philip Orolowitz

7 Flaumont Avenue

Lane Cove NSW 2066

Australia

21 September 2009

The Honourable Marcia G. Cooke

Federal District Court Judge

Wilkie D. Ferguson Jr. Courthouse

400 N. Miami Avenue

Room 11-2

Miami, FL 33128

Your Honour,

My name is Rosaline Maureen Rubinstein. I am the sister-in-law of Steven Rubinstein.

I have known Steven since I came into the Rubinstein family in 1962. Steven was eight years old and living with his older brother Neville (my husband) and their father Joseph Rubinstein. They had formed a very close, loving family unit following many turbulent years ending in an extremely ugly divorce which has unfortunately left deep scarring on the family. My father-in-law and mother-in-law are both deceased but the acrimonious divorce left them all fractured. Even though both my late parents-in-law were incredibly warm people the ravages of the divorce left the whole family fragmented. Steven was a lovely child, very easy to love and my husband 19 years old at the time and myself 16 years old took Steven under our wing and he became our constant companion. Steven grew from a warm loving child who had gone through a huge trauma in his life at a very tender age to an amazing adult.

Steven has a very compassionate nature, he feels very strongly for the underdog and has tremendous empathy.

He has a very soft kind gentle soul, softly spoken, modest in his achievements.

His decision to live in the United States of America was no surprise to his family as this was a country he had always admired, in fact it was a life- long dream of Stevens to become a USA citizen, a dream which he fulfilled in 2002.

Steven is a selfless person with many wonderful virtues of good deeds and good actions. He is an altruistic, highly principled, and moral person with an extremely benevolent nature. He has strong religious values and only sees the good in people

If there was a breed of people without fault Steven would be amongst that breed. He is truly a gentleman, would never do any harm, and would never utter a bad word about anyone. He is an exceptionally loving husband, father, brother and uncle. Please your honour I ask you in all your wisdom to find it in your heart to see the charges as a forgivable error and let Steven go back to his family.

Yours sincerely

*R. Rubin* (signature)

Rosaline Maureen Rubinstein